# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-14-00628-CV

---

**Lester Taylor, Appellant**

**v.**

**Texas Workforce Commission, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT**
**NO. D-1-GN-12-003645, HONORABLE GUS J. STRAUSS, JR., JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on October 27, 2014. The Clerk of this Court subsequently notified the appellant that the clerk's record had not been filed and was overdue, and that notice had been received from the district clerk that the appellant had neither paid, nor made arrangements for payment, for the clerk's record. The notice requested that the appellant make arrangements for the clerk's record and submit a status report regarding this appeal by November 6, 2014. Further, the notice advised the appellant that his failure to comply with this request could result in the dismissal of his appeal for want of prosecution. To date, the appellant has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If the trial court clerk fails to file the clerk's record due to the appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may

dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, the appellant has not established that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1 (providing procedure for establishing indigence on appeal). Because the appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed   January 13, 2015